In the Matter of the Application of ORVILLE M. BARKLEY to Substitute Frank C. Sargent as Attorney of Record for the Plaintiff in the Place of S. K. & B. C. Williams, his Attorneys of Record, in an Action Entitled ORVILLE M. BARKLEY *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY.

S. K. & B. C. WILLIAMS, Appellants; ORVILLE M. BARK-LEY, Respondent.

*Matter of Barkley,* 42 App. Div. 597, appeal dismissed.
(Argued January 9, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1899, which confirmed the report of a referee and ordered the substitution of Frank C. Sargent as attorney for the plaintiff in the above-entitled action in place of S. K. & B. C. Williams; also an appeal from an intermediate order of the same court, entered December 15, 1898, which reversed an order of the Special Term denying a motion for the substitution of attorneys in the above-entitled action.

*Stephen K. Williams* and *Francis M. Finch* for appellants.

*Frank C. Sargent* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.